*36*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Timmy Jerome Kimp
Reg No. (#49400-424)

**FILED**

APR 25 2023

THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Bonnie Nowakowski,
et al.,

Case No: 1:22-CV-01369

(To be supplied by the Clerk of this Court)

( Honorable Edmond E. Chang
United States District Judge )

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

_____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

___✓___      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: Timmy Jerome Kimp

B.    List all aliases: _____

C.    Prisoner identification number: (49400-424)

D.    Place of present confinement: FCI - Petersburg

E.    Address: P.O.Box - 1000 Petersburg VA, 23804

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Dr. Bonnie Nowakowski

Title: Doctor

Place of Employment: MCC Chicago.

B.    Defendant: Russell Heisner

Title: MCC Warden

Place of Employment: MCC Chicago,

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Kimp V Sgt. Langheim 3: 2010 CV 03170_

B. Approximate date of filing lawsuit: _7 - 14 - 2010_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N A_

D. List all defendants: _Sgt. Langheim_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _IDOC Graham Correction_

F. Name of judge to whom case was assigned: _Carol Baker_

G. Basic claim made: _Sexual misConduct and Abuse by staff_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed_

I. Approximate date of disposition: _around November 2011_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

It is clear Approximately April, 2020 Doctor Bonnie Nowakowski Knew, Timmy Kimp, was in high risk of Contracting the Covid 19 virus. Doctor NowaKowski was My Chronic Care Doctor at the Mcc chicago. Doctor NowaKowski had actual Knowledge of the Substantial risk of Serious harm if Contracting the Covid 19 virus that I Faced. I worked for the Enviromental Safety Compliance Department at the Mcc chicago at that time in April, 2020. I ask Doctor NowaKowski to please give me a Doctor's Order for leave of work, because of my under-line Conditions. which is type 2 Diabetes, and Asthma, Doctor NowaKowski Allow me to Continue to work after a lay in From work for Appoximately a few days. I then ask the doctor to please give me a permenta te lay in From work until the Spread of the Virus was under Control. Doctor NowaKowski Said that i wasn't Sick yet So She Couldn't do it. I reported back to work at the time Mcc chicago had a wide Spread of the Covid 19 virus. I was assign to go, and Clean, as well as disinfect the Special Housing Unit Cells, where the infected inmates were

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

housed in the (SHU), because they tested positive at the time for the Covid 19. Once the inmates who test Positive were done quaratin, for 14 days they were let back into population and i would clean, and disinfect the available (SHU) cells. Also i would clean, and disinfect the entire Prison including the wardens area, and the Doctors office, and Staff and Lt's Restrooms. My Boss Ms Howell for the Safety Department knew that I was designated for transfer. So she ask me to train the other Safety inmate workers. On how to use the chemicals, and Safety equipment. Before i left to Transfer. I talk to Doctor NavaKowski, and I ask her am I clear for transferring she (Stated). that she would let me Know. But Doctor NovaKowski never Verbally screen me for any Symtoms of the Covid 19 virus. which is Protocol for Incarcerated Detained Person. Approximately April, 2020 I was transferred to USP Thomson During Process I told the Lt. Burns which is the Bus Driver that I was'nt feeling well. Upon Arriving to USP Thom5om I tested Positive for Covid 19 and i was Isolated. Appoximate on around June, 2020. I was transferred to USP Marion. On the day of arrival I then test Positive for the Covid19 virus. Doctor Pass at USP Marion had a tent set up in the outside back of the

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(Statement of Claim)

(b)

Medical For the Covid 19 testing upon Arriving From USP Thomson On the Van being transferred along with another Federal inmate, and two Officers. I was tested by Doctor Pass, and i was sent to a quaratine Cell unit. Appoximate One hour later. Doctor Pass, and Lieutenant D. Huggins, and one nurse. I was then removed From the quaratine unit cell, and I was told I tested Positive For the Covid 19 virus. I was excorted to the Suicide Isolated Medial unit, Where there was no (Air) or open (Window) For any air. It was extremely Hot, and unbearable For any Human being to Survive that Kind of Conditions. For Appoximately thirty days I was near death From heat exautions, and Asthma attacks. I was giving Multiple Covid test. I was told by the nurse that I was one out of two inmates which the other inmate came into the Suicide medical Isolation unit cell the day before me. I was Complainning about the Multiple Asthma attacks I was having do to the heat exautions. I ask the (Lieutenant T. Schumer) about Some air or Fan of Some sort. He ask me, and I quote you ain't dead yet. I was very stressed out, and depressed. I Felt like just Killing Myself. For lack of help. I threaten not to take My Insulin twice daily that I recieve, and i didn't except My Food tray, until I Can get Some Air, and Some Answers as to why I've taken over Seven Covid test. Thats when the Nurse Said that he would make Some phone Calls. Approximate 3 days the nurse Mr. Hughs Said that they were

②

using me as an (Study Case). The warden at MCC Chicago Mr. Russell Heisner Clearly new that all F.B.O.P. Transfers was at an Hault during the time of me getting Tranferred From MCC Chicago To USP Marion. I had Spoken to the MCC warden Heisner during the Days of my Transfer. He Came down to the Safety Department Supply room which is where I normally are. It's where I distributes all the Chemicals to the Entire Prison. His reason of Paying me a visit was to ask me how good was the disinfect chemical I was Using including the Brand of Bleach. I showed him the label So that he could read it. And it also read that it kills the Corona virus. in Minutes. I then explain to the Warden Heisner OF MCC -chicago that once you spray this chemical in the Air towards the ceiling in a Mist with the Sprayer Machine it last 24 hours Sometimes up to more than two 2 days. I then ask the warden Can I ask you a question and he Said yes. I ask him is all Transfers as far as Buses at a hault, and The warden Heisner Said they are Suspended at the time. It is very Clear that Doctor NowaKowski, and Mr. Warden Heisner had Knowledge of the Serious harmful risk I Faced. Doctor NowaKowski act with deliberate indifference, and Knowingly risk me Serious Damage, and violating My 8th Amendment Rights.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the Court to Award me $500,000 For Damages, and violating my 8th Amendment Rights which are Afforded to Me

**VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO**

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of __O4__, 20 __23__

April 12, 2023

_____
(Signature of plaintiff or plaintiffs)

Timmy Kimp
(Print name)

(49400-424)
(I.D. Number)

FCI - Petersburg

P.O. Box 1000 Petersburg VA, 23804
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Timmy Kimp Reg No. 49400-424
Federal Correctional Institution- Petersburg
PO Box - 1000
Petersburg VA, 23804



04/25/2023-23



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7020 1810 0002 2844 4951

⇔49400-424⇔
Clerk Of Theusdistrict Court
219 S Dearborn ST
20th Floor
Chicago, IL 60604
United States



U.S. POSTAGE PAID
FCM LG ENV
PETERSBURG, VA
23803
APR 17, 23
AMOUNT **$0.00**
R2305K136853-12

60604



RDC 24

Legal Mail



RECEIVED
APR 13 2023

FCC PETERSBURG
P.O. BOX 90026
PETERSBURG, VA 23804

The enclosed letter was processed through special mailing procedures for forwarding to you the letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee please return the enclosure to the above address

